IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES L. ANDERSON        PLAINTIFF

VS.        H-98-2429

LEAR SIEGLER SERVICES, INC.        DEFENDANT

FILED ____ ENTERED
____ RECEIVED

NOV 22 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## MOTION TO CONTINUE

The Defendant, Lear Siegler Services, Inc., moves the court to continue the case from its current trial setting of December 6, 1999, on grounds that its primary witness is now recovering from open-heart surgery and his doctor will not allow him to travel to Baltimore for the trial or sit for a trial deposition in his hometown.

1. Jerry Williams is the defendant's primary witness. As the defendant's motion for summary judgment indicated, Mr. Williams had most of the direct dealings with the plaintiff from August 1996 until his termination on March 1997. A copy of Mr. Williams' declaration (submitted in support of summary judgment) is attached hereto to demonstrate the extent of Mr. Williams' involvement in the plaintiff's later employment history and, termination. Mr. Williams' testimony is critical to the defendant's defense of this case.

2. Mr. Williams had open heart surgery October 28, 1999.

3. The undersigned counsel learned late on the afternoon of November 12, 1999, that Mr. Williams was satisfactorily recovering from his surgery. However, his doctor would not allow him to travel to Baltimore on December 6, 1999, for the trial and further would not allow him to undergo the stress of a trial deposition in his hometown until some time early next year. Mr. Williams

*[Left margin, handwritten: Motion GRANTED this 22nd day of November, 1999. /s/ Alexander Harvey, Senior United States District Judge]*

advised that he expects to get a full release from his doctor sometime early next year.

4. As soon as the defendant can obtain a declaration from Mr. Williams' doctor, it will supplement this motion with a copy. The undersigned has asked the doctor to give a date when he expects that Mr. Williams will be able to testify.

5. The defendant would be severely prejudice without the testimony of Mr. Williams.

6. Since Mr. Williams should be able to travel to Baltimore sometime early next year, the defendant respectfully requests the court to continue the case until sometime thereafter.

7. In a letter to the court dated November 15, 1999, counsel for the plaintiff suggested a referral to a magistrate judge for settlement conferences. The defendant has no objection to that proposal.

For the above reasons, the defendant requests the Court to continue the case from its current setting of December 6, 1999.

Respectfully submitted on November 17, 1999.

_____
MICHAEL FARRELL

_____
**RICHARD A. HAMMOND**
(MSB No. 10414)
The Kullman Firm
A Professional Law Corporation
Deposit Guaranty Plaza, Suite 2160
210 East Capitol Street
Jackson, Mississippi, 39201
Telephone: 601-355-1994

**ROBERT COPE**
Grove Jaskiewicz & Cobert
1730 M Street NW, Suite 400
Washington, D.C. 20036-4579
Telephone: 202-296-2900

**COUNSEL FOR DEFENDANT,
LEAR SIEGLER SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I certify that on November 17, 1999, a copy of this document was served by fax and by United States mail upon:

> Walter G. Birkel, Esq.
> Tighe, Patton, Tabackman & Babbin, L.L.C.
> 1747 Pennsylvania Avenue, N.W., Ste 300
> Washington, D.C. 20006
> Fax 202-393-0363

_____
Michael Farrell